AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:19-cv-03070

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Customs and Border Protection & U.S. Citizenship and Immigration Services
was received by me on *(date)* June 5, 2019 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*:
On June 5, 2019, I served true and correct copies of the documents listed in Attachment A via certified mail upon defendants U.S. Custom & Border Protection at 1300 Pennsylvania Ave. NW, Washington, D.C. 20229 and U.S. Citizenship & Immigration Services at 111 Massachusetts Ave., NW MS 2260, Washington, D.C. 20529. I also served the same documents via hand delivery to the U.S. Attorney's Office for the Northern District of California at 450 Golden Gate Ave., San Francisco. CA 94102.

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6/5/19

*Alec Bah[signature]*
*Server's signature*

Alec Bahramipour, Litigation Assistant
*Printed name and title*

39 Drumm Street, San Francisco, CA 94111
*Server's address*

Additional information regarding attempted service, etc:

Attachment A – Documents Served in 3:19-cv-03070-LB

1. Complaint in *Gal v. U.S. Customs and Border Protection, et al.* (ECF No. 1)
2. Civil Cover Sheet (ECF No. 2)
3. Proposed Summons (ECF No. 3)
4. Certification of Interested Entities or Parties (ECF No. 4)
5. Notice of Judicial Assignment (ECF No. 5)
6. Order Setting Initial Case Management Conference and ADR Deadlines (ECF No. 6)
7. Issued Summons (ECF No. 7)
8. Consenting to the Jurisdiction of a Magistrate Judge Brochure
9. ECF Registration Info
10. Guide to E-Filing New Civil Cases
11. Joint Case Management Statement & [Proposed] Order Form
12. Standing Order for United States Magistrate Judge Laurel Beeler
13. Notice of Lawsuit and Request to Waive Service of a Summons
14. Notice of Assignment of Case to a United States Magistrate Judge for Trial & Consent or Declination of Magistrate Judge Jurisdiction Form
15. Standing Orders for All Judges of the Northern District of California – Contents of Joint Case Management Statement
16. Waiver of the Service of Summons